# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20448
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**
June 8, 2017

Lyle W. Cayce
Clerk

CRISTOBAL MORENO OROZCO,

Plaintiff-Appellant

v.

CITY OF ANGLETON; JUDGE ROBERT E. MAY; VON H. SHELTON, Attorney; DALE SUMMA, Prosecutor; TERRI TIPTON HOLDER, Prosecutor,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-1868

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

Cristobal Moreno Orozco, proceeding pro se, filed a 42 U.S.C. § 1983 complaint challenging his 2000 Brazoria County, Texas, guilty plea conviction for aggravated kidnapping, for which he was sentenced to 15 years in prison. The district court dismissed Orozcos's claims as barred by *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994). On appeal, Orozco does not address *Heck*.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20448

Although pro se briefs are liberally construed, even pro se litigants must brief arguments in order to preserve them. *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Because Orozco has not identified any error in the district court's analysis and determinations, he has abandoned them. *See Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). The judgment of the district court is AFFIRMED.